UNITED STATES of America

v.

Lawrence NEADLE, Jr., Appellant.

No. 94–7417.

United States Court of Appeals,
Third Circuit.

March 25, 1996.

Before: BECKER, NYGAARD and
ROTH, Circuit Judges.

### ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in the above case, filed on December 19, 1995, 72 F.3d 1104 be amended as follows:

1.   Please delete the second paragraph in Part I.A of Judge Becker's concurring and dissenting opinion, including footnote 1.

2.   At the end of the third sentence in the first paragraph of Part I.A.1 of Judge Becker's concurring and dissenting opinion (which reads "*See* USSG § 2F1.1(b)."), please add the following footnote: "Except where noted, my discussion is based on the 1988 Guidelines."

/s/  Edward R. Becker
        EDWARD R. BECKER,
        Circuit Judge